Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: 757-930-3660
Fax: 757-930-3662
craig@clalegal.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| JORGE LOERA ESPINOZA,  )<br><br>          Plaintiff,  )<br>                               )<br>v.                             )<br>                               )<br>GOODLEAP, LLC;                 )<br>EQUIFAX INFORMATION SERVICES,  )<br>LLC; EXPERIAN INFORMATION      )<br>SOLUTIONS, INC.; and           )<br>TRANS UNION, LLC,              )<br>                               )<br>          Defendant.  )<br>_____) | Case No. 2:24-cv-00465-JAM-SCR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jorge Loera Espinoza and Defendant Equifax Information Services, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action and all claims asserted by Plaintiff against Defendant Equifax Information Services, LLC therein are hereby voluntarily dismissed with prejudice in their entirety against Defendant Equifax Information Services, LLC *only*. Plaintiff Jorge Loera Espinoza and Defendant Equifax Information Services, LLC shall each bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated August 1, 2024

      Respectfully submitted,

**JORGE LOERA ESPINOZA,**

By:   */s/ Craig C. Marchiando*
Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: 757-930-3660
Fax: 757-930-3662
Email: craig@clalegal.com

*Counsel for Plaintiff*

Dated: August 7, 2024

EQUIFAX INFORMATION SERVICES, LLC

*/s/ Alice Hodsden*
Alice Hodsden (SBN 340796)
SEYFARTH SHAW LLP
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
Email: ahodsden@seyfarth.com
*Attorney for Defendant*
*Equifax Information Services, LLC*

STIPULATION OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC

2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Jorge Loera Espinoza against Defendant **Equifax Information Services, LLC** are **DISMISSED with prejudice**. Plaintiff Jorge Loera Espinoza and Defendant Equifax Information Services, LLC shall each bear their own costs and attorneys' fees.

Dated: August 07, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE