Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: 757-930-3660
Fax: 757-930-3662
craig@clalegal.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE LOERA ESPINOZA,** | Case No. 2:24-cv-00465-JAM-SCR |
| **Plaintiff,** | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |
| **GOODLEAP, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jorge Loera Espinoza and Defendant Trans Union, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action and all claims asserted by Plaintiff against Defendant Trans Union, LLC therein are hereby voluntarily dismissed with prejudice in their entirety against Defendant Equifax Trans Union, LLC *only*. Plaintiff Jorge Loera Espinoza and Defendant Trans Union, LLC shall each bear their own attorneys' fees and costs.

STIPULATION OF DISMISSAL AS TO TRANS UNION, LLC

1

IT IS SO STIPULATED.

Dated January 23, 2025

          Respectfully submitted,

**JORGE LOERA ESPINOZA,**

By:   */s/ Craig C. Marchiando*
Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: 757-930-3660
Fax: 757-930-3662
Email: craig@clalegal.com

*Counsel for Plaintiff*

Dated: January 23, 2025

**TRANS UNION, LLC**

*/s/ Ritika Singh*
Ritika Singh
Quilling, Selander, Lownds, Winslett & Moser, P.C.
6900 N. Dallas Parkway
Suite 800
Plano, TX 75024
214-560-5442
Fax: 214-871-2111
Email: rsingh@qslwm.com
*Attorney for Defendant*
*Trans Union, LLC*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Jorge Loera Espinoza against Defendant **Trans Union, LLC** <u>only</u> are **DISMISSED with prejudice**. Plaintiff Jorge Loera Espinoza and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Dated: January 23, 2025        /s/ John A. Mendez
             THE HONORABLE JOHN A. MENDEZ
             SENIOR UNITED STATES DISTRICT JUDGE