Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: 757-930-3660
Fax: 757-930-3662
craig@clalegal.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE LOERA ESPINOZA,<br><br>   Plaintiff,<br><br>v.<br><br>GOODLEAP, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.; and<br>TRANS UNION, LLC,<br><br>   Defendant. | Case No. 2:24-cv-00465-JAM-SCR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GOODLEAP, LLC ONLY** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jorge Loera Espinoza and Defendant Goodleap, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action and all claims asserted by Plaintiff against Defendant Goodleap, LLC therein are hereby voluntarily dismissed with prejudice in their entirety against Defendant Goodleap, LLC *only*. Plaintiff Jorge Loera Espinoza and Defendant Goodleap, LLC shall each bear their own attorneys' fees and costs.

STIPULATION AND ORDER OF DISMISSAL AS TO GOODLEAP, LLC ONLY - 2:24-cv-00465-JAM-SCR
1

IT IS SO STIPULATED.

Dated September 17, 2025

      Respectfully submitted,

**JORGE LOERA ESPINOZA,**

By:   */s/ Craig C. Marchiando*
Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: 757-930-3660
Fax: 757-930-3662
Email: craig@clalegal.com

*Counsel for Plaintiff*

Dated: September 17, 2025

**GOODLEAP, LLC**

*/s/ Ali Abugheida*
Ali Abugheida
Orrick, Herrington & Sutcliff LLP
405 Howard Street
San Francisco, CA 94105
415-619-3418
Fax: 415-619-3505
Email: aabugheida@orrick.com

*/s/ Fredrick Levin*
Fredrick S. Levin
Orrick, Herrington & Sutcliffe LLP
631 Wilshire Blvd.
Suite 2-c
Santa Monica, CA 90401
310-424-3900
Fax: 310-424-3961
Email: flevin@orrick.com
*Attorney for Defendant
Goodleap, LLC*

STIPULATION AND ORDER OF DISMISSAL AS TO GOODLEAP, LLC ONLY - 2:24-cv-00465-JAM-SCR

DISTRIBUTION TO:

| Craig Marchiando, Esq.<br>craig@clalegal.com | Leonard A. Bennett, Esq.<br>lenbennett@clalegal.com |
|---|---|
| Ali Abugheida, Esq.<br>aabugheida@orrick.com | Frederick S. Levin, Esq.<br>flevin@orrick.com |
| Cheryl L. O'Connor<br>coconnor@jonesday.com | Thomas J. Herron<br>therron@jonesday.com |
| Ritika Singh<br>rsingh@qslwm.com | |

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Jorge Loera Espinoza against Defendant **Goodleap, LLC** <u>only</u> are **DISMISSED with prejudice**. Plaintiff Jorge Loera Espinoza and Defendant Goodleap, LLC shall each bear their own costs and attorneys' fees.

Dated: September 17, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE