Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: 757-930-3660
Fax: 757-930-3662
craig@clalegal.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE LOERA ESPINOZA,<br><br>Plaintiff,<br><br>v.<br><br>GOODLEAP, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION SOLUTIONS, INC.; and<br>TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:24-cv-00465-JAM-SCR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. (ECF No. 50)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Jorge Loera Espinoza and Defendant Experian Information Solutions, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action and all claims asserted by Plaintiff against Defendant Experian Information Solutions, Inc. therein are hereby voluntarily dismissed with prejudice in their entirety against Defendant Experian Information Solutions, Inc. Plaintiff Jorge Loera Espinoza and Defendant Experian Information Solutions, Inc. shall each bear their own attorneys' fees and costs.

STIPULATION AND ORDER OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

1

IT IS SO STIPULATED.

Dated: December 16, 2025

    Respectfully submitted,

**JORGE LOERA ESPINOZA,**

By:   */s/ Craig C. Marchiando*
Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: 757-930-3660
Fax: 757-930-3662
Email: craig@clalegal.com

*Counsel for Plaintiff*

Dated: December 16, 2025      **EXPERIAN INFORMATION SOLUTIONS, INC.**

*/s/ Cheryl L. O'Connor*
Cheryl L. O'Connor
Jones Day
3161 Michelson Drive
Suite 800
Irvine, California 92612
949-553-7505
Fax: 949-553-7539
Email: coconnor@jonesday.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

STIPULATION AND ORDER OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

2

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Jorge Loera Espinoza against **Defendant Experian Information Solutions, Inc.** are **DISMISSED with prejudice**. Plaintiff Jorge Loera Espinoza and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

Because this is the last remaining defendant, any hearing dates and deadlines previously set in this matter, including the 01/23/2026 final pretrial conference and the 03/09/2026 trial, are hereby **VACATED**. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

Dated: December 17, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE